UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD COX<br>　　Plaintiff | : No.: 3:22 CV 01209 (JBA)<br>:<br>: |
| v. | :<br>: |
| CITY OF NEW HAVEN, ET AL<br>　　Defendants | :<br>: November 17, 2022 |

## **MOTION TO DISMISS COMPLAINT**

Defendant, Jocelyn Lavandier, moves to dismiss in its entirety plaintiff's Nineteen Count Complaint, dated September 27, 2022 for lack of personal jurisdiction on account of insufficient service of process under Fed. R. Civ. P. 12(b)(2) and 12(b)(5).

Filed herewith is a memorandum of law in support of the motion to dismiss.

DEFENDANT JOCELYN LAVANDIER,

/s/William J. Melley III
William J. Melley III
Federal Bar No. CT 06355
250 Hudson Street
Hartford, Connecticut 06106
(860) 247-9933/fax: (860) 247-9944
Email: wjmelley@wjmelley.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD COX<br>　　　Plaintiff | : No.: 3:22 CV 01209 (JBA)<br>:<br>: |
| v. | :<br>: |
| CITY OF NEW HAVEN, ET AL<br>　　　Defendants | :<br>: November 17, 2022 |

## CERTIFICATE OF SERVICE

　　　I hereby certify that on November 17, 2022 a copy of the foregoing Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

　　　　　　　　　　　　　　　　/s/William J. Melley III
　　　　　　　　　　　　　　　　William J. Melley III
　　　　　　　　　　　　　　　　Federal Bar No. CT 06355
　　　　　　　　　　　　　　　　250 Hudson Street
　　　　　　　　　　　　　　　　Hartford, Connecticut 06106
　　　　　　　　　　　　　　　　(860) 247-9933/fax:  (860) 247-9944
　　　　　　　　　　　　　　　　Email:  wjmelley@wjmelley.com