UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD COX<br>    Plaintiff | : No.: 3:22 CV 01209 (JBA)<br>:<br>: |
| v. | :<br>: |
| CITY OF NEW HAVEN, ET AL<br>    Defendants | :<br>: November 28, 2022 |

## **ANSWER OF JOCELYN LAVANDIER**

### **JURISDICTION AND VENUE**

1.      As to the allegations contained in Paragraphs 1, 2, 3, 4 and 6, the defendant Jocelyn Lavandier has insufficient information or knowledge upon which to form a belief and leaves the Plaintiff to his proof thereof.

2.      Paragraph 5 is admitted as to Jocelyn Lavandier; as to other defendants, the defendant Jocelyn Lavandier has insufficient information or knowledge upon which to form a belief and leaves the Plaintiff to his proof thereof.

3.      Paragraph 7 is denied as to Jocelyn Lavandier; as to other defendants, the defendant Jocelyn Lavandier has insufficient information or knowledge upon which to form a belief and leaves the Plaintiff to his proof thereof.

### **FIRST COUNT**

1.      As to the allegations contained in Paragraphs 1, 2, 3, 4, 5, 6, 7 and 8, the defendant Jocelyn Lavandier has insufficient information or knowledge upon which to form a belief and leaves the Plaintiff to his proof thereof.

## SECOND COUNT THROUGH TENTH COUNT

The defendant Jocelyn Lavandier does not answer the Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Nineth and Tenth Counts as they are not directed towards her.

## ELEVENTH COUNT

1. The answers to Paragraphs 1 through 8 of the First Count are hereby made answers to Paragraphs 1 through 8 of the Eleventh Count.

2. As to the allegations contained in Paragraphs 9, 10, 12, 13, 14, 15 and 16, the defendant Jocelyn Lavandier has insufficient information or knowledge upon which to form a belief and leaves the Plaintiff to his proof thereof.

3. Paragraph 11 is denied.

## TWELFTH COUNT

1. The answers to Paragraphs 1 through 10 of the Eleventh Count are hereby made answers to Paragraphs 1 through 10 of the Twelfth Count.

2. Paragraph 11 is denied.

3. As to the allegations contained in Paragraphs 12, 13, 14, 15 and 16, the Defendant Jocelyn Lavandier has insufficient information or knowledge upon which to form a belief and leaves the Plaintiff to his proof thereof.

## THIRTEENTH COUNT

1. The answers to Paragraphs 1 through 10 of the Twelfth Count are hereby made answers to Paragraphs 1 through 10 of the Thirteenth Count.

2.     As to the allegations contained in Paragraph 11, 15, 16, 17, 18 and 19, the defendant Jocelyn Lavandier has insufficient information or knowledge upon which to form a belief and leaves the Plaintiff to his proof thereof.

3.     Paragraphs 12, 13 and 14 are denied.

## FOURTEENTH COUNT

1.     The answers to Paragraphs 1 through 11 of the Eleventh Count are hereby made answers to Paragraphs 1 through 11 of the Fourteenth Count.

2.     Paragraphs 12 and 13 are denied.

## FIFTEENTH COUNT

1.     The answers to Paragraphs 1 through 11 of the Eleventh Count are hereby made answers to Paragraphs 1 through 11 of the Fifteenth Count.

2.     Paragraph 12 is denied.

## SIXTEENTH COUNT

1.     The answers to Paragraphs 1 through 11 of the Eleventh Count are hereby made answers to Paragraphs 1 through 11 of the Sixteenth Count.

2.     Paragraph 12 is denied.

## SEVENTEENTH COUNT

1.     The answers to Paragraphs 1 through 11 of the Eleventh Count are hereby made answers to Paragraphs 1 through 11 of the Seventeenth Count.

2.     Paragraphs 12 and 13 are denied.

3.     That portion of Paragraphs 14 and 15 which states, "As a direct and proximate result of the aforesaid negligence and carelessness of the defendants," is denied as to Jocelyn Lavandier; as to the allegations contained in the balance of said

Paragraph, the Defendant Jocelyn Lavandier has insufficient information or knowledge upon which to form a belief and leaves the Plaintiff to his proof thereof.

4. That portion of Paragraph 16 which states, "As a further result of the negligence and carelessness of the defendants," is denied as to Jocelyn Lavandier; as to the allegations contained in the balance of said Paragraph, the Defendant Jocelyn Lavandier has insufficient information or knowledge upon which to form a belief and leaves the Plaintiff to his proof thereof.

5. As to the allegations contained in Paragraph 17, the defendant Jocelyn Lavandier has insufficient information or knowledge upon which to form a belief and leaves the Plaintiff to his proof thereof.

**EIGHTEENTH AND NINETEENTH COUNTS**

The defendant Jocelyn Lavandier does not answer the Eighteenth and Nineteenth Counts as they are not directed towards her.

### FIRST AFFIRMATIVE DEFENSE

The acts and conduct of the defendant Jocelyn Lavandier were objectively reasonable under the circumstances. Accordingly, the defendant Jocelyn Lavandier is entitled to qualified immunity.

### SECOND AFFIRMATIVE DEFENSE

The acts and conduct complained of by the plaintiff occurred within the scope of the defendant Jocelyn Lavandier's official duties as a police officer and did not violate any clearly established constitutional or federal statutory right of which the defendant reasonably should have been aware. Accordingly, the defendant Jocelyn Lavandier is entitled to qualified immunity.

## THIRD AFFIRMATIVE DEFENSE

The plaintiff has failed to state a claim upon which relief may be granted.

## FOURTH AFFIRMATIVE DEFENSE

Pursuant to Connecticut General Statutes Section 52-577n, or the common law, the defendant Jocelyn Lavandier is entitled to governmental immunity in that her actions were performed in good faith, without malice, and in the discretionary performance of governmental duties.

## JURY TRIAL DEMAND

The defendant Jocelyn Lavandier demands a trial by jury on all claims.

                DEFENDANT JOCELYN LAVANDIER,

                /s/William J. Melley III
                William J. Melley III
                Federal Bar No. CT 06355
                250 Hudson Street
                Hartford, Connecticut 06106
                (860) 247-9933/fax:  (860) 247-9944
                Email:  wjmelley@wjmelley.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD COX<br>　　　Plaintiff | : No.: 3:22 CV 01209 (JBA)<br>:<br>: |
| v. | :<br>: |
| CITY OF NEW HAVEN, ET AL<br>　　　Defendants | :<br>: November 28, 2022 |

## **CERTIFICATE OF SERVICE**

　　　I hereby certify that on November 28, 2022 a copy of the foregoing Answer with Affirmative Defenses was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

　　　　　　　　　　　　　　　　　　/s/William J. Melley III
　　　　　　　　　　　　　　　　　　William J. Melley III
　　　　　　　　　　　　　　　　　　Federal Bar No. CT 06355
　　　　　　　　　　　　　　　　　　250 Hudson Street
　　　　　　　　　　　　　　　　　　Hartford, Connecticut 06106
　　　　　　　　　　　　　　　　　　(860) 247-9933/fax:  (860) 247-9944
　　　　　　　　　　　　　　　　　　Email:  wjmelley@wjmelley.com