UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Cox,
    *Plaintiff*,

    *v.*                                                                           Civil No. 3:22cv1209 (JBA)

City of New Haven, et al.,
    *Defendant.*

## SCHEDULING ORDER

The parties' 26(f) Planning Report is approved as follows and as amended:

1. Any amendments or motions to join additional parties shall be concluded by 3/30/23.

2. All discovery will be completed by 7/15/24 as follows:
Plaintiffs expert reports will be disclosed by 1/15/24 and depositions will be completed by 3/15/24.
Defendants expert reports will be disclosed by 5/15/24 and depositions will be completed by 7/15/24.

   A damages analysis will be provided by any party who has a claim or counterclaim for damages by 1/15/24.

3. After a pre-filing conference, any dispositive motions will be filed by 8/15/24.

   Trial Readiness: If dispositive motions are filed, the parties will be expected to be trial ready 2/1/25. The parties' Joint Trial Memorandum will be filed 30 days after ruling on dispositive motions or as otherwise ordered.

   If no dispositive motions are filed, the parties' Joint Trial Memorandum will be due 9/1/24 and the parties will be expected to be trial ready 10/1/24.

                                          IT IS SO ORDERED.
                                          /s/
                                          Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:    December 16, 2022