**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
Case number: 3:22-CV-01209

U.S. District Court

                 ss:   New Haven, September 27, 2022

District of Connecticut

    Then and there by virtue hereof, I served the within named defendants, **OSCAR DIAZ, BETSEY SEGUI, RONALD PRESSLEY, JOCELYN LAVANDIER, LUIS RIVERA AND CITY OF NEW HAVEN,** by leaving with and in the hands of *Michael B. Smart, City Clerk, who is duly authorized to accept service and who accepted service,* twelve (12) true and attested copies (two for each defendant) of the original Summons in a Civil Action and Complaint with my endorsement thereon.

                                             ATTEST:

FEES:
| | |
|---|---:|
| Service Fee | $140.00 |
| Copies | 372.00 |
| Endorsements | 23.20 |
| Travel | 5.00 |
| | $ 540.20 |

ROBERT S. MILLER
STATE MARSHAL
NEW HAVEN COUNTY

RECEIVED
SEP 27 2022
CITY CLERK'S OFFICE
NEW HAVEN