## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RICHARD COX** | : | |
| **Plaintiff** | : | No: 3:22-cv-01209 |
| | : | |
| VS. | : | |
| | : | |
| CITY OF NEW HAVEN, OSCAR DIAZ, | : | |
| BETSY SEGUI, RONALD PRESSLEY, | : | |
| JOCELYN LAVANDIER AND LUIS RIVERA | : | JANUARY 17, 2023 |
| **Defendants** | : | |

### REPLY TO SPECIAL DEFENSES

The Plaintiff hereby denies each and every Special Defense raised by the Defendants.

Respectfully submitted,

_____ct19311_____
Robert J. Weber, III
Weber & Rubano, LLC
401 Center Street
Wallingford, CT 06492
203-626-9172
203-626-9175 (fax)
rjweber@rjwlawyer.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was served electronically this 17th day of January 2023 and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail at the addresses shown below to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.