UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD COX, | : | CIV. NO. 3:22-cv-01209 (JBA) |
|     Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| CITY OF NEW HAVEN, OSCAR DIAZ, | : | |
| BETSY SEGUI, RONALD PRESSLEY, | : | |
| JOCELYN LAVANDIER AND LUIS RIVERA, | : | JANUARY 19, 2023 |
|     Defendants. | | |

### OFFICER OSCAR DIAZ' MOTION TO JOIN JANE DOE UNIDENTIFIED VEHICLE OPERATOR AS APPORTIONMENT DEFENDANT

By Complaint dated September 27, 2022, the plaintiff, Richard Cox, brought an action against the defendant/apportionment plaintiff Officer Oscar Diaz, as well as the City of New Haven, Betsy Segui, Ronald Pressley, Jocelyn Lavandier and Luis Rivera.  In his Complaint, plaintiff alleges that certain of the actions and/or omissions of the named defendants during his arrest on June 19, 2022, caused him to suffer a cervical spine injury that resulted in his permanent paralysis below the neck.  On January 6, 2023, Officer Diaz filed an apportionment action against the City of New Haven [ECF No. 43], which is self-insured for losses arising out of the negligent operation of a vehicle by an uninsured/underinsured motorist, because the actions of a negligent unidentified motorist (the "Unidentified Vehicle") in this case proximately caused the plaintiff's alleged injuries.

Accordingly, and although the operator of the Unidentified Vehicle remains unknown at present, Officer Diaz hereby moves this Court for an order acknowledging the right of Officer Diaz to join the operator of the Unidentified Vehicle as a defendant to this action should her identity

1

**Karsten & Tallberg, LLC** • ATTORNEYS AT LAW
500 ENTERPRISE DRIVE, SUITE 4B • ROCKY HILL, CT 06067 • (860) 233-5600 • FAX: (860) 233-5800 • JURIS NO. 424030

become known. Officer Diaz submits there is good cause to grant this motion and, in support of this motion, states as follows:

1. On the date of the subject incident, Officer Diaz was operating the New Haven Police Department ("NHPD") Transport Van (the "Transport Van") while transporting the plaintiff to the NHPD after his arrest for unlawful possession of a firearm, carrying a pistol without a permit, first-degree threatening, second-degree threatening, and second-degree breach of peace.

2. As Officer Diaz travelled in an easterly direction on Division Street approaching the intersection of Division Street and Mansfield Street, Officer Diaz had the right of way, while vehicles travelling in a northerly direction on Mansfield Street were required to stop at a Stop Sign before entering the intersection.

3. As Officer Diaz approached that intersection, the Unidentified Vehicle, travelling in a northerly direction on Mansfield Street, failed to grant Officer Diaz the right of way and travelled through the Stop Sign posted at the intersection of Mansfield Street and Division Street, in violation of General Statutes § 14-301(e), rolling into the intersection in the path of the Transport Van operated by Officer Diaz.

4. As a result of the negligence of the operator of the Unidentified Vehicle, Officer Diaz was forced to abruptly apply the Transport Van's brakes, and sound the Transport Van's horn, to avoid colliding with the Unidentified Vehicle. This near collision was recorded on a security camera located on a commercial building at the corner of Division and Mansfield Street.

5.     After the near collision, the Unidentified Vehicle moved in reverse in a southerly direction on Mansfield Street, indicating that the operator of the Unidentified Vehicle recognized that she had nearly caused a motor vehicle collision by failing to obey the Stop Sign.

6.     Plaintiff's Complaint in this matter alleges, <u>inter alia</u>, claims of negligence, recklessness, and excessive force against Officer Diaz in connection with the injuries plaintiff allegedly suffered during the subject incident.

7.     However, the actions of the operator of the Unidentified Vehicle, who has not yet been identified, were a proximate cause of plaintiff's injuries and Officer Diaz retains an interest in joining her as a defendant to this action should her identity become known in the future.

WHEREFORE, the Officer Diaz respectfully requests that this motion be granted and the Court issue an Order joining the Jane Doe Unidentified Vehicle operator as a defendant to this action if and when her identity becomes known.

      DEFENDANT/APPORTIONMENT PLAINTIFF,
      OSCAR DIAZ

BY<u>/ss/ James N. Tallberg            </u>
    James N. Tallberg
    Federal Bar No.: ct17849
    Kimberly A. Bosse
    Federal Bar No.: ct31063
    Karsten & Tallberg, LLC
    500 Enterprise Drive, Suite 4B
    Rocky Hill, CT 06067
    T: (860)233-5600
    F: (860)233-5800
    jtallberg@kt-lawfirm.com
    kbosse@kt-lawfirm.com

3

**Karsten & Tallberg, LLC** • ATTORNEYS AT LAW
500 ENTERPRISE DRIVE, SUITE 4B • ROCKY HILL, CT 06067 • (860) 233-5600 • FAX: (860) 233-5800 • JURIS NO. 424030

## CERTIFICATION

I hereby certify that on January 19, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/ss/ Kimberly A. Bosse
Kimberly A. Bosse